JS 45 (01/2008)                                    **REDACTED**

Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**                    Under Seal:Yes _X_  No _____    Judge Assigned: __William E. Fitzpatrick__

City _____    Superseding Indictment _____    Criminal Number: _____

County/Parish _____    Same Defendant _____    _New Defendant_  _X_ _____

                         Magistrate Judge Case Number _1:24-MJ-100_ _____ Arraignment Date: _____

                         Search Warrant Case Number _____

                         R 20/R 40 from District of _____

                         Related Case Name and No: _____

Defendant Information:

**Juvenile --Yes ___ No _X_ FBI #** _____

**Defendant Name:** Robert Wesley Robb _____    Alias Name(s) _____

**Address:** Colorado 80516 _____

**Employment:** _____

**Birth date** 1977 _____ **SS#** 8055 _____ Sex _M_ Def Race _____    Nationality _U.S.A_ _____ Place of Birth _____

**Height** 6'2" _____ **Weight** _____ **Hair** Brown _____ Eyes Hazel _____    Scars/Tattoos _____

   **Interpreter:**_X_ No ___ Yes List language and/or dialect: _____    Automobile Description _____

Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody ___ On Pretrial Release    _X_ Not in Custody

_X_ Arrest Warrant Requested ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending ___ Detention Sought    ___ Bond

Defense Counsel Information:

Name: _____ ___ Court Appointed    Counsel conflicted out: _____

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

SAUSA Zoe Bedell _____    Telephone No: __703-299-3700__ _____    Bar # _____

Complainant Agency, Address & Phone Number  or Person & Title:

Jordan A. Jenkins, Special Agent, FBI _____

U.S.C. Citations:

|       | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|------------------|-------------------------------|----------|---------------------------|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** __March 15, 2024__    Signature of AUSA: _____ _/s/_ _____