### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT WESLEY ROBB,<br><br>Defendant. | Case No. 1:24-MJ-100<br><br><u>UNDER SEAL</u> |

### ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the U.S. District Court for the Eastern District of Virginia, having moved to seal the Complaint, associated charging documents, the Motion to Seal, and proposed Order in this matter; and

The COURT, having found that revealing the material sought to be sealed would jeopardize jeopardize law enforcement's ability to locate and arrest the defendant; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the Complaint, associated charging materials, Motion to Seal, and this Order be Sealed until the defendant is arrested.   It is further

Date: March 15, 2024
Alexandria, Virginia

_William C. Fitzpatrick_
The Honorable William E. Fitzpatrick
United States Magistrate Judge