AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-MJ-100 |
| Robert Wesley Robb | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 03/28/2024

/s/
*Attorney's signature*

Katherine E. Rumbaugh (VA Bar No. 87967)
*Printed name and bar number*

Assistant United States Attorney
United States Attorney's Office
Justin W. Williams Building
2100 Jamieson Avenue, Alexandria VA 22314
*Address*

katherine.rumbaugh@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

(703) 299-3982
*FAX number*