IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT WESLEY ROBB,<br><br>Defendant. | Case No. 1:24-MJ-100 |

### CONSENT MOTION TO EXTEND TIME FOR INDICTMENT

The United States of America, by and through its attorneys, and with the consent of the defendant and defendant's counsel, respectfully move the Court to extend the time to indict this case through and including June 13, 2024. In support thereof, the United States states as follows:

1. The defendant was charged pursuant to a sealed criminal complaint with one count of wire fraud in violation of Title 18 U.S.C. § 1343. The defendant was arrested on or about March 20, 2024 in the District of Nevada. On or about March 21, 2024, the defendant made his initial appearance in the District of Nevada, and the defendant was ordered detained. A preliminary hearing and identity hearing were scheduled for April 5, 2024.

2. The defendant is represented by the Nevada Public Defender's Office. On March 28, 2024, the Public Defender's Office for the Eastern District of Virginia was appointed to represent the defendant before this court. EDVA counsel was not able to speak with the defendant until April 1, 2024, and has not been able to meet with him in person. On April 2, 2024, the defendant, through counsel, notified the District Court of Nevada that he would waive

his preliminary hearing and identity hearing in Nevada, instead reserving the right to have his preliminary hearing in the Eastern District of Virginia.

3. The Speedy Trial Act requires that the defendant be indicted within thirty days of the defendant's arrest after subtracting all excludable time. A conservative estimate of the indictment deadline is April 29, 2024. The parties jointly request an extension of 60 days—to and including June 28, 2024—for an extension of the time to indict. Extending this time period would be in the best interests of justice in that it would give the defendant time to meet with defense counsel, review discovery, and discuss possible resolutions of the case, including the possibility of a pre-indictment plea. The defendant is currently in Nevada and will need to be transported to the Eastern District of Virginia before he can meet with his counsel, review discovery, and discuss a plea, and his arrival date in the District is not known. In order to give the defendant a meaningful opportunity to consult with counsel and realize his right to a preliminary hearing in the distrct, an extension longer than 30 days is required.

4. The defendant hereby agrees to waive any objections under the Speedy Trial Act and to extend the government's time to file an indictment in this case through and including June 28, 2024. The waiver is made knowingly, intentionally, and voluntarily by the defendant, and with full knowledge of the provisions of the Speedy Trial Act, Title 18, United States Code, Sections 3161, *et seq.*, and with the advice and consent of counsel.

5. The defendant expressly understands that his waiver is not predicated upon any promises, agreements, or understandings of any kind between the government and the defense in this case, and that nothing contained herein shall be construed to preclude the government from proceeding against the defendant during or after the time period covered by this waiver.

WHEREFORE, the United States requests that the time to indict this case be extended to and including June 28, 2024, and that the delay resulting from this extension be excluded in computing the time within which an indictment must be filed pursuant to Title 18, United States Code, Section 3161(h).

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: April 3, 2024          By:    /s/
                                    Zoe Bedell
                                    Assistant United States Attorney

Defense Counsel Signature: I am counsel for the defendant in this case. I have fully explained to the defendant the defendant's right to be charged by indictment within 30 days of arrest. Specifically, I have reviewed the terms and conditions of Title 18, United States Code, Section 3161(b), and I have fully explained to the defendant the provisions that may apply in this case. The defendant has informed me that he agrees to an extension of time to be charged by indictment, and the defendant has expressly authorized me to agree to an extension of time to be charged by indictment. To my knowledge, the defendant's decision to agree to an extension of time to be charged by indictment is an informed and voluntary one.

Date: 4/3/24

Ann Mason Rigby
Counsel for the Defendant